**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASIF MEHEDI, et al., | Case No.  21-cv-06374-BLF |
| Plaintiffs, | |
| v. | |
| VIEW, INC., et al., | |
| Defendants. | |
| _____ | |
| STARSTONE SPECIALTY INSURANCE COMPANY, | Case No. 25-cv-06485-NC |
| Plaintiff, | **ORDER DETERMINING THAT CASES ARE RELATED; AND DIRECTING CLERK TO REASSIGN STARSTONE SPECIALTY ACTION TO THE UNDERSIGNED** |
| v. | |
| VIEW OPERATING CORPORATION, et al., | |
| Defendants. | |

United States District Court
Northern District of California

Magistrate Judge Cousins *sua sponte* referred the case *StarStone Specialty Insurance Co. v. View Operating Corp., et al.*, No. 25-cv-06485-NC, to the undersigned for a determination whether it is related to the case *Mehedi, et al. v. View, Inc., et al.*, No. 21-cv-06374-BLF.  *See* Referral, ECF 262.  StarStone Specialty Insurance Co. has filed a response stating its view that the cases are related within the meaning of Civil Local Rule 3-12.  *See* StarStone Response, ECF 264.

This Court has determined that the cases ARE RELATED.  The Clerk SHALL reassign the case *StarStone Specialty Insurance Co. v. View Operating Corp., et al.*, No. 25-cv-06485-NC, to the undersigned judge.

**IT IS SO ORDERED.**

Dated:  August 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge