Angel Marti III (SBN 305300)
AMarti@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892 - 7900
Facsimile: (213) 892-7999

Rafael Rivera, Jr. (*Pro Hac Vice*)
rafaelrivera@cozen.com
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 453-3879
Facsimile: (646) 588-1372

*Attorneys for Plaintiff*
*StarStone Specialty  Insurance Company*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> VIEW OPERATING CORPORATION, F/K/A VIEW, INC. AND VIDUL PRAKASH, <br><br> Defendants. | Case No.:  5:25-cv-06485-BLF <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, STARSTONE SPECIALTY INSURANCE COMPANY, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

Defendants have not answered or moved for summary judgment.

Dated: August 18, 2025

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
LEGAL\79474857\1

- 2 -

COZEN O'CONNOR


 /s/ *Angel Marti III*
Angel Marti III (SBN 305300)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892 - 7900
Facsimile: (213) 892-7999
AMarti@cozen.com

Rafael Rivera, Jr. (*Pro Hac Vice*)
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
Telephone: (212) 453-3879
Facsimile: (646) 588-1372
rafaelrivera@cozen.com

*Attorneys for Plaintiff*
*StarStone Specialty  Insurance Company*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
LEGAL\79474857\1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify and state that on the 18th day of August, 2025, I caused a copy of the Notice of Voluntary Dismissal Without Prejudice, to be served upon the Defendant, View Operating Corporation f/k/a View, Inc., via ECF, and Defendant, Vidul Prakash, via United States Postal Service Certified Mail, Return Receipt Requested, at his address at 832 Nash Road, Los Altos, CA 94024.

Dated: August 18, 2025

/s/ *Angel Marti III*
Angel Marti III

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
LEGAL\79474857\1